UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **ERIC ESSHAKI**, as candidate for United States Congress and in his individual capacity;<br>**MATT SAVICH**, as candidate for Forty-Seventh District Court, Oakland County, Michigan and in his individual capacity;<br>**DEANA BEARD**, as candidate for the Third Circuit Court Judge, Regular Term, Non-Incumbent Position in Wayne County and in her individual capacity.<br><br>        Plaintiffs,<br><br>vs.<br><br>**GRETCHEN WHITMER**, Governor of Michigan;<br>**JOCELYN BENSON**, Secretary of State of Michigan; and<br>**JONATHAN BRATER**, Director of the Michigan Bureau of Elections, in their official capacities,<br><br>        Defendants. | 2:20-CV-10831-TGB<br><br><br>**ORDER GRANTING MOTIONS TO FILE AMICUS CURIAE BRIEFS; GRANTING AND DENYING MOTIONS TO INTERVENE** |

       The Court received motions to intervene in this matter from Mr. Matt Savich, a judicial candidate for the Forty-Seventh District Court (ECF No. 11), Ms. Deana Beard, a judicial candidate for the Third Circuit

1

Court (ECF No. 17), and Mr. Kyle Kopitke, an independent presidential candidate (ECF No. 18). The Court finds that because Mr. Savich and Ms. Beard must submit signatures pursuant to Section 168.544f for their respective races by April 21, 2020, Mr. Savich and Ms. Beard share common questions of law and fact with Plaintiff. Pursuant to Federal Rule of Civil Procedure 24(b)(1)(B), the motions to intervene (ECF Nos. 11, 17) are **GRANTED**.

Mr. Kopitke does not allege that he is running for an office with an April 21, 2020 signature filing deadline. Consequently, the Court finds that Mr. Koptike does not share sufficient questions of law and fact with Plaintiff and that granting the motion would cause undue delay of the adjudication of the original party's dispute. Accordingly, Mr. Kopitke's motion to intervene (ECF No. 18) is **DENIED**.

The Court initially received a motion for leave to file amicus curiae brief from Mr. Daniel Finley, a judicial candidate for the Twenty-Second Circuit Court (ECF No. 7), which was granted by the Court by text-only order on April 10, 2020. Thereafter, the Court received motions for leave to file amicus curiae briefs from the American Civil Liberties Union (ECF

No. 14) and Ms. Whittney Williams (ECF No. 20). The motions for leave to file amicus curiae briefs (ECF Nos. 14, 20) are **GRANTED**.

**IT IS SO ORDERED.**

DATED this 20th day of April, 2020.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge