UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ERIC ESSHAKI, as candidate for United States Congress and in his individual capacity, | No. 2:20-cv-10831<br>HON. TERRENCE G. BERG<br>MAG. ELIZABETH A. STAFFORD |
| Plaintiff, | |
| and | |
| MATT SAVICH and DEANA BEARD, | |
| Intervenors-Plaintiffs, | |
| v | |
| GRETCHEN WHITMER, Governor of Michigan, JOCELYN BENSON, Secretary of state of Michigan, and JONATHAN BRATER, Director of the Michigan Bureau of Elections, in their official capacities, | |
| Defendants. | |
| _____/ | |

Gregory J. Rohl (P39185)
Attorney for Plaintiff
41850 W. Eleven Mile Road,
Suite 110
Novi, Michigan 48375
248.380.9404

Heather S. Meingast (P55439)
Erik A. Grill (P64713)
 Assistant Attorneys General
Attorneys for Defendants
PO Box 30736 Lansing, Michigan 48909
517.335.7659

Michael S. Cafferty (P36613)

Attorney for Intervenor-Plaintiff Savich
333 West Fort Street,
Suite 1400
Detroit, Michigan 48226
313.964.3070

Deana Beard, In Pro Per Intervenor-Plaintiff
2885 South Trenton Drive
Trenton, Michigan 48183
734.502.7411

_____

## APPEARANCE OF CO-COUNSEL

Please enter the appearance of co-counsel of ERIC ESSHAKI for and on behalf of himself in the above-captioned matter.

Respectfully submitted,

*/s/ Eric Esshaki*

Eric Esshaki (P83393)

April 23, 2020

CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2020, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

*/s/ Eric Esshaki*

Eric Esshaki