# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **ERIC ESSHAKI**, <br><br> Plaintiff; <br><br> **MATT SAVICH**, **DEANA BEARD**, and **SHAKIRA HAWKINS**, <br><br> Plaintiff-Intervenors, <br><br> vs. <br><br> **GRETCHEN WHITMER**, Governor of Michigan; **JOCELYN BENSON**, Secretary of State of Michigan; and **JONATHAN BRATER**, Director of the Michigan Bureau of Elections, in their official capacities, <br><br> Defendants. | **2:20-CV-10831-TGB** <br><br> **ORDER GRANTING MOTION TO INTERVENE** |

On May 11, 2020, Shakira L. Hawkins filed a motion to intervene in this matter. ECF No. 47. Ms. Hawkins is a candidate for the Wayne County Circuit Court. ECF No. 47. Ms. Hawkins contends that she suffered the same injury as the other Plaintiffs in this case, but has not been able to obtain relief under the State's May 8, 2020 accommodations

because she had not established a candidate committee as of March 10, 2020. *Id.* at PageID.679.

Upon review of Ms. Hawkins' proposed complaint, the Court finds that the complaint presents common questions of law and fact already familiar to the Court and the parties in this case. The Court also finds that since the other Plaintiffs have already obtained the primary relief each sought, intervention will not unduly delay or prejudice the adjudication of the other Plaintiffs' claims. Pursuant to Federal Rule of Civil Procedure 24(b)(1)(B), the motion to intervene (ECF No. 47) is **GRANTED**.

**IT IS SO ORDERED.**

DATED this 13th day of May, 2020.

> BY THE COURT:
>
> /s/Terrence G. Berg
> TERRENCE G. BERG
> United States District Judge