| | |
|---|---|
| ERIC ESSHAKI, as candidate<br>For U.S. Congress and in his<br>Individual capacity;<br>MATT SAVICH, as candidate for<br>the Forty-Seventh District Court,<br>Oakland County, Michigan and<br>in his individual capacity;<br>DEANA BEARD, as candidate for<br>the Third Circuit Court Judge,<br>Regular Term, Non-Incumbent<br>Position, Wayne County and in<br>her individual capacity; | Case No. 2:20-CV-10831-TGB-EAS<br>HON.  TERRENCE G. BERG<br>Magistrate:  Elizabeth A. Stafford |

       Plaintiffs,

vs.

GRETCHEN WHITMER, Governor of
Michigan, JOCELYN BENSON, Secretary
of State of Michigan, and JONATHAN
BRATER, Director of the Michigan
Bureau of Elections, in their official
capacities,

       Defendants.

vs.

BRENDA K. SANDERS,

       Pro Se Intervenor,

vs.

GRETCHEN WHITMER, Governor of
Michigan, JOCELYN BENSON, Secretary
of the State of Michigan, and JONATHAN
BRATER, Director of the Michigan
Bureau of Elections, in their official
capacities;

_____/

**EMERGENCY MOTION TO INTERVENE WITH SUPPORTING BRIEF**

Pursuant to Fed. R. Civ. P 24(b)(1)(B), Brenda K. Sanders ("Sanders"), in pro se, hereby moves this Court for an order allowing her to immediately intervene in the above-captioned case in support of this motion, Sanders, states as follows:

In accordance with E.D. Mich L.R. 7 1(a), the undersigned movant has contacted attorneys of record for Plaintiff and Defendants to ascertain whether this motion was opposed.

## MOVANT'S INTEREST

1. Sanders seeks nomination as an Independent Candidate for U.S. Congress in the 13th Congressional District of Michigan.

2. That on or about August 19, 2019, Sanders filed her Statement of Organization with the Federal Election Commission. Sanders filed an Amended Statement of Organization with the Federal Election Commission in June, 2020. To date, Sanders has collected approximately 1722 signatures.

3. That to file as an Independent Candidate, a person is required to attain a minimum of 3000 signatures and a maximum of 6000 to access ballot qualification.

4. That the movant started a signature campaign in late March after her bid for U.S. Congress in South Carolina ended with a failure to pay an option fee to access the ballot. The South Carolina deadline to pay the option fee was March 30, 2020.

5. That the movant returned to her home state, Michigan, and began collecting signatures after she ascertained that she was not going to be able to pay the option fee in South Carolina.

6. That the filing deadline for Sanders to submit her signed petitions with the Wayne County Clerk located at 2 Coleman Young Center, Room 502, Detroit, Michigan 48226 was July 16, 2020.

7. That Sanders is qualified to seek nomination to the office of U. S. House of Representatives for the 13th Congressional District of Michigan.

8. That due to the COVID-19 shutdown and subsequent Emergency Orders issued by Governor Gretchen Whitmer, Sanders was stymied in gathering the requisite signatures by the present permitted methods under MCL 168.133.

9. That furthermore, Sanders as an Independent Candidate for U.S. Congress was required to collect three times more signatures under normal circumstances than the designated "Party Affiliated" Candidates.

10. That therefore, Intervenor Sanders had an even greater burden to collect 3000 t0 6000 nominating signatures and under more restrictive circumstances due to the COVID-19 pandemic.

12. That Sanders was apprised of the existence of this instant case after this Honorable Court issued its Order on April 20, 2020.

13. That Sanders is similarly situated to Plaintiff Esshaki, who is a "Party Affiliated" Candidate running for U.S. House of Representatives in Michigan.

14. That Esshaki was initially only required to collect at a minimum, 1000 signatures and his burden was unreasonably decreased because of the COVID-19 crisis and consequently, Esshaki was able to meet his burden.

15. That Sanders is required to collect at a minimum of 3000 signatures and a maximum 6000 signature ceiling, and therefore Intervenor Sanders' burden was magnified even more in the midst of the COVID 19 crisis.

16. That Sanders has already collected 1722 signatures in her quest to gain ballot access to the November 3, 2020 general election. That 1722 signatures represent approximately fifty percent of the 3000 minimally signatures required by Michigan law.

17. That this is a significant case because the outcome effects and has broad and policy implications on all votes in Michigan and many candidates seeking to get on both the August 4, 2020 primary ballot and the November 3, 2020 general election ballot in the case.

18. This lawsuit seeks the remedy of extending the filing deadline or decreasing the number of requisite signatures for the November 3, 2020 general election ballot.

19. That Sanders shares a common question of law and fact with Plaintiff in the original Complaint filed by Eric Esshaki. Sanders also shares the same factual and legal issues raised by Esshaki's Motion for a Temporary Restraining Order and or a preliminary injunction.

WHEREFORE, Sanders requests that this Honorable Court grant her Motion to Intervene and accept her proposed Intervening Complaint and permit her to adopt the factual and legal position that both Esshaki and other similarly situated Plaintiffs have made in this instant case. See FRCP 24(b)(1)(B). Attached is a copy of Sanders' Proposed Intervening Complaint.

Respectfully Submitted,

BY: /s/ Brenda K. Sanders
Brenda K. Sanders
Independent Candidate for Congress in the
13th Congressional District
Intervenor in Pro Se
P. O. Box 14183
Detroit, Michigan  48214
(313) 685-1096
(803) 991-1137
brendaksanders@outlook.com

Dated:  July 25, 2020

4

| | |
|---|---|
| ERIC ESSHAKI, as candidate<br>For U.S. Congress and in his<br>Individual capacity;<br>MATT SAVICH, as candidate for<br>the Forty-Seventh District Court,<br>Oakland County, Michigan and<br>in his individual capacity;<br>DEANA BEARD, as candidate for<br>the Third Circuit Court Judge,<br>Regular Term, Non-Incumbent<br>Position, Wayne County and in<br>her individual capacity; | Case No. 2:20-CV-10831-TGB-EAS<br>HON.  TERRENCE G. BERG<br>Magistrate:  Elizabeth A. Stafford |

   Plaintiffs,

vs.

GRETCHEN WHITMER, Governor of
Michigan, JOCELYN BENSON, Secretary
of State of Michigan, and JONATHAN
BRATER, Director of the Michigan
Bureau of Elections, in their official
capacities,

   Defendants.

vs.

BRENDA K. SANDERS,

   Pro Se Intervenor,

vs.

GRETCHEN WHITMER, Governor of
Michigan, JOCELYN BENSON, Secretary
of the State of Michigan, and JONATHAN
BRATER, Director of the Michigan
Bureau of Elections, in their official
capacities;
_____/

## **BRIEF IN SUPPORT OF MOTION TO INTERVENE**

5

**Statement of Question Presented**

Whether Intervenor Sanders should be allowed to intervene in tis action under Fed. R. Civ. P. 24(b)(1)(B) where her claim against the Defendants share common questions of law and fact with the Plaintiff, Esshaki?

**Controlling Authority**

Fed. R. Civ. P. 24(b)(1)(B) which provides that:

(b) **Permissive Intervention.**

(1) In General. On timely motion, the court may permit anyone to intervene who:

(A) is given a conditional right to intervene by a federal statute; or

(B) has a claim or defense that shares with the main action a common question of law or fact.

**Statement of Facts and Argument**

Sanders' proposed Intervening Complaint is attached as Exhibit 1. As the court can see from that document, Sanders is in the same position as Plaintiff, Esshaki. Sanders was in the process of gathering the requisite 3000 (minimum) signatures up to the maximum of 6000 signatures, when the COVID-19 pandemic occurred, resulting in the Governor's Emergency Orders, which, brought Sanders signature gathering efforts to a premature and complete halt. In fact, Sanders risked being criminally charged in an attempt to collect the voluminous three thousand minimum signature requirements for Independent Candidates for the U. S. House of Representatives. (13th Congressional District)

Sanders joins in the Plaintiff's request for relief to protect her most precious constitutional rights, namely, her right to run for elected office. The actions of the Defendants in refusing to extend the deadline or reduce the amount of signatures to gain access to the ballot for

nominating petitions in light of the pandemic and the Governor's Stay at Home orders are unconstitutional, as applied to Intervenor Sanders as an Independent Candidate for Congress. Intervenor Sanders relies on the briefs already submitted to this Court by the Plaintiff and the other intervening parties.

Given that the claim of Sanders is identical to the that of the Plaintiff, Sanders should be allowed to intervene per Fed. R. Civ. P. 24(b)(1)(B) and benefit from any rulings by this Court with regard to the relief granted to the Plaintiff and where Intervenor Sanders desires to join.

## **Conclusion/Relief Requested**

Sanders should be permitted to intervene in this action per Fed. R. Civ. P. 24(b)(1)(B) and obtain the same relief as the Court saw fit to grant the Plaintiff Esshaki in his case in chief. Intervenor Sanders is seeking the specific remedy that the Wayne County Clerk be ordered to accept her digital filing of July 16, 2020 which included her Affidavit of Identity and 123 Nominating Petitions as support of Independent Candidacy for the Office of U.S. House of Representatives in the 13th Congressional District of Michigan.

Respectfully Submitted,

BY: /s/ **Brenda K. Sanders**
Brenda K. Sanders
Independent Candidate for Congress in the
13th Congressional District
Intervenor in Pro Se
P. O. Box 14183
Detroit, Michigan 48214
(313) 685-1096
(803) 991-1137
brendaksanders@outlook.com

Dated: July 25, 2020

| | |
|---|---|
| ERIC ESSHAKI, as candidate<br>For U.S. Congress and in his<br>Individual capacity;<br>MATT SAVICH, as candidate for<br>the Forty-Seventh District Court,<br>Oakland County, Michigan and<br>in his individual capacity;<br>DEANA BEARD, as candidate for<br>the Third Circuit Court Judge,<br>Regular Term, Non-Incumbent<br>Position, Wayne County and in<br>her individual capacity; | Case No. 2:20-CV-10831-TGB-EAS<br>HON. TERRENCE G. BERG<br>Magistrate: Elizabeth A. Stafford |

   Plaintiffs,

vs.

GRETCHEN WHITMER, Governor of
Michigan, JOCELYN BENSON, Secretary
of State of Michigan, and JONATHAN
BRATER, Director of the Michigan
Bureau of Elections, in their official
capacities,

   Defendants.

vs.

BRENDA K. SANDERS,

   Pro Se Intervenor,

vs.

GRETCHEN WHITMER, Governor of
Michigan, JOCELYN BENSON, Secretary
of the State of Michigan, and JONATHAN
BRATER, Director of the Michigan
Bureau of Elections, in their official
capacities;
_____/

## **CERTIFICATE OF SERVICE**

I hereby that on July 25, 2020, I electronically filed the foregoing document with the Clerk of the Court using the ECF filing system, which will send notification of such filing to all ECF participants and attorneys of record.

                                                /s/ **Brenda K. Sanders**
                                                Brenda K. Sanders