UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **ERIC ESSHAKI**,<br><br>Plaintiff,<br><br>**MATT SAVICH**, **DEANA BEARD**, and **SHAKIRA HAWKINS**,<br><br>Plaintiff-Intervenors,<br><br>vs.<br><br>**GRETCHEN WHITMER, et al.,**<br><br>Defendants. | 2:20-CV-10831-TGB |

**JUDGMENT**

In accordance with the order issued on this date, it is **ORDERED AND ADJUDGED** that the Motion for Attorney Fees (ECF No. 75) is **GRANTED.** Defendant shall make a payment of $15,423.25 to Plaintiff-Intervenor Shakira Hawkins.

Dated at Detroit, Michigan: March 30, 2021

KINIKIA ESSIX
CLERK OF THE COURT

s/A. Chubb
Case Manager and Deputy Clerk

APPROVED:

s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE